In the Matter of ADDISON S. SANBORN.— Motion granted, the petitioner reinstated, and his name ordered restored to the roll of attorneys. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of J. MILTON SMITH, an Attorney.— Action previously taken confirmed, respondent disbarred and his name ordered struck from the roll of attorneys. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

LAWYERS TITLE AND GUARANTY COMPANY, Respondent, v. ADA CLAREN and Others, Defendants, and SOL. S. HAUBEN, Appellant.— Motion for reargument granted and reargument set down for Monday, September 26, 1932. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ. [See 235 App. Div. 855.]

RIDGEWOOD GARAGE, INC., Respondent, v. THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

LEONORE SALMON, Respondent, v. JACQUES SALMON, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

SOPHIE SOREN, Respondent, v. A. SCHOTTLAND, INC., Appellant. (Appeal No. 2.) — Motion for reargument denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. 457 SCHENECTADY AVENUE, INC., and BARJUD REALTY CORPORATION, Defendants. In the Matter of the Application of NEW YORK WATER SERVICE CORPORATION, Appellant, for Leave to Shut Off the Supply of Water at No. 457 Schenectady Avenue, Brooklyn, N. Y., for the Non-payment of Its Water Bills, etc. EDWARD WARD MCMAHON, as Receiver, etc., Respondent.— Motion for leave to appeal to the Court of Appeals granted. The opinion of this court handed down on May 20, 1932 [235 App. Div. 509], is modified by striking therefrom the following: " The mortgage, however, in the present foreclosure action contains, among other things, the covenant that the mortgagor will pay all taxes, assessments or water rates, and in default thereof the mortgagee may pay the same. In other words, water bills may be paid by the mortgagee upon the mortgagor's default and the amount added to the lien of the mortgage." Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ. Settle order on notice.

ADA WRIGHT, Appellant, v. MAUDE A. WRIGHT, Respondent, Impleaded with CLARA DOUGHTY and CATHERINE B. SCHERVEE, Defendants, and STEPHEN C. BEDELL and MARY BEDELL, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

CHAFIA ZALOOM, Respondent, v. SIMON TOMASHOFF and Another, Tenants; HERMAN MENDLOWITZ and Another, Assignees of the Tenants, Appellants; CHARLES H. STAGE, JR., Assignee of Tenants.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.